FILED

1   COOLEY GODWARD KRONISH LLP
    MICHELLE C. DOOLIN (179445)
2   (DOOLINMC@COOLEY.COM)
    LEO P. NORTON (216282)
3   (LNORTON@COOLEY.COM)
    DARCIE A. TILLY (239715)
4   (DTILLY@COOLEY.COM)
    4401 Eastgate Mall
5   San Diego, CA  92121
    Telephone:  (858) 550-6000
6   Facsimile:   (858) 550-6420

7   Attorneys for Defendant
    PAYLESS SHOESOURCE, INC.
8

2008 DEC 12  PM 3:46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. . CALIF.
LOS ANGELES

BY _____

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11                 WESTERN DIVISION

12

13   JESSICA R. CLARK, individually and      Case No.   CV08-8213 PSG (JHx)
     on behalf of all others similarly
14   situated,                               NOTICE OF REMOVAL OF ACTION
                                             (28 U.S.C. §§ 1332, 1441, & 1453)
15            Plaintiff,

16       v.

17   PAYLESS SHOESOURCE, INC.; and
     DOES 1 through 100 inclusive,
18
              Defendants.
19

20   TO  PLAINTIFF,  HER  ATTORNEYS,  AND  THE  ABOVE-CAPTIONED

21   COURT:

22        PLEASE  TAKE  NOTICE  that  defendant  Payless  ShoeSource,  Inc.

23   ("Payless") removes the above-captioned action from the Superior Court of the

24   State of California, County of Los Angeles, where the action is now pending, to the

25   United States District Court for the Central District of California, Western Division.

26   This civil action is removed on the basis of diversity jurisdiction pursuant to 28

27   U.S.C. §§ 1332, 1441, and 1453.  For the reasons set forth below, this Court has

28   subject matter jurisdiction under the Class Action Fairness Act of 2005 ("CAFA"),

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

NOTICE OF REMOVAL OF ACTION
CASE NO. _____

codified in part at 28 U.S.C. §§ 1332 and 1453.

## PROCEDURAL HISTORY AND TIMELINESS OF REMOVAL

1.     On or about November 12, 2008, plaintiff Jessica R. Clark ("Plaintiff") commenced a civil action in the Superior Court of the State of California, County of Los Angeles, entitled *Jessica R. Clark v. Payless ShoeSource, Inc., et al.*, Case No. BC401695, by filing a Complaint.

2.     Without having served Payless with the original Complaint, Plaintiff filed a First Amended Complaint on or about November 21, 2008.

3.     The First Amended Complaint, which is styled as a class action, alleges one cause of action for alleged violations of California Civil Code § 1747.08.

4.     On November 24, 2008, Payless was served with the Summons and First Amended Complaint.  A true and correct copy of the Summons is attached as Exhibit A.  A true and correct copy of the First Amended Complaint is attached as Exhibit B.  A true and correct copy of the filed but not served original Complaint is attached as Exhibit C.  Payless is not aware of any other process or pleading having been filed or served in this action.

5.     This Notice of Removal is timely because Payless filed it within thirty days of when Plaintiff served it with the Summons and First Amended Complaint. 28 U.S.C. § 1446(b).

6.     Payless will give Plaintiff written notice as required under 28 U.S.C. § 1446(d) by serving Plaintiff, through her counsel of record, via personal delivery with this Notice of Removal and all documents filed in support thereof and concurrently herewith on the date of filing of this Notice of Removal.

## SUBJECT MATTER JURISDICTION

7.     Under CAFA, a district court shall have original jurisdiction over any civil action styled as a class action in which: (1) the number of members of the proposed plaintiff class is not less than one hundred, in the aggregate; (2) "the

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

NOTICE OF REMOVAL OF ACTION
CASE NO. _____

1   matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest

2   and costs"; and (3) "any member of a class of plaintiffs is a citizen of a State

3   different from any defendant." 28 U.S.C. §§ 1332(d)(2, 5). If a state court putative

4   class action meets all of these three requirements, it may be removed to federal

5   court. 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State Court of which

6   the district courts of the United States have original jurisdiction, may be removed

7   by the defendant."). Each of CAFA's requirements is met here.

8   **THE PROPOSED CLASS DOES NOT HAVE LESS THAN 100 MEMBERS**

9       8.    Plaintiff seeks to certify a class defined as "All California consumers

10   from whom Defendant requested and recorded personal identification information

11   in conjunction with a credit card transaction (the "Class")." First Am. Compl.,

12   ¶ 15.

13       9.    Plaintiff's first cause of action for alleged violations of California Civil

14   Code § 1747.08, carries a one-year statute of limitations under California Civil

15   Procedure Code § 340. *TJX Companies, Inc. v. Superior Court*, 163 Cal. App. 4th

16   80, 84-87 (2008).[1]

17       10.    Without conceding liability, appropriateness of class treatment,

18   Plaintiff's class definition, or the validity of Plaintiff's claim for relief, during the

19   relevant time period, there were more than 2.5 million credit card transactions at

20   Payless stores in California, and after the credit card transactions were completed,

21   Payless likely asked for and obtained the telephone numbers of far greater than

22   5,001 customers that potentially paid for merchandise with a credit card in the

23   previously completed transaction. Declaration of Mark May in Support of Notice

24   of Removal ("May Decl."), at ¶¶ 4-6. Accordingly, CAFA's first requirement is

25   satisfied. *See* 28 U.S.C. § 1332(d)(5)(B).

26   _____

27   [1] Plaintiff's class definition is defective on its face because, among other reasons,
the class definition extends indefinitely in time despite a one-year limitations period

28   for the first cause of action.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

NOTICE OF REMOVAL OF ACTION
CASE NO. _____

**THE AMOUNT IN CONTROVERSY EXCEEDS $5 MILLION**

11. Plaintiff's First Amended Complaint does not plead a specific amount of damages. As such, removal is proper if Payless establishes by a preponderance of evidence that plaintiff is demanding in excess of $5 million in damages. *Abrego Abrego v. The Dow Chemical Co.,* 443 F.3d 676, 683 (9th Cir. 2006); *see also Deehan v. Amerigas Partners,* L.P., 2008 WL 4104475, at *2 (S.D. Cal. Sept. 2, 2008) ("The issue is the amount Plaintiff has placed in controversy, not the amount that Defendant will actually be held liable for."). Payless' burden of proof "is not 'daunting,' as courts recognize that . . . a removing defendant is *not* obligated to research, state, and prove the plaintiff's claims for damages." *Korn v. Polo Ralph Laren Corp.,* 536 F. Supp. 2d 1199, 1204-05 (E.D. Cal. 2008) (emphasis in original; internal quotation marks removed). Indeed, "[w]here a statutory maximum is specified, courts may consider the maximum statutory penalty available in determining whether the jurisdictional amount in controversy requirement is met." *Id.* at 1205; *accord Deehan,* 2008 WL 4104475, at *2.

12. Plaintiff's first cause of action for alleged violations of California Civil Code § 1747.08 carries a maximum statutory penalty of $1,000 per violation. CAL. CIV. CODE § 1747.08(e). Moreover, Plaintiff alleges entitlement to civil penalties up to the maximum $1,000 amount for herself and each class member. First. Am. Compl., ¶¶ 17, 26; First Am. Compl, Prayer for Relief, ¶ 3.

13. Additionally, Plaintiff seeks injunctive relief, requesting "preliminary and permanent injunctive relief barring Defendant from utilizing a policy whereby Defendant's cashiers request and/or record personal information from customers using credit cards at the point-of-sale in Defendant's retail establishments[.]" First Am. Compl., Prayer for Relief, ¶ 2.

14. Plaintiff also seeks "an award of attorneys' fees," "costs of suit," and "pre-judgment interest." First Am. Compl., Prayer for Relief, ¶¶ 5-7.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

NOTICE OF REMOVAL OF ACTION
CASE NO. _____

15.     Without conceding liability, appropriateness of class treatment, Plaintiff's class definition, or the validity of Plaintiff's claim for relief—namely that Plaintiff and putative class members are entitled to recover civil penalties "up to one thousand dollars" each for the alleged violations of California Civil Code § 1747.08—the amount in controversy in this action greatly exceeds $5 million. During the relevant time period, there were significantly more than 2.5 million credit card transactions at Payless stores in California, and after the credit card transactions were completed, Payless likely obtained the telephone numbers of far greater than 5,001 customers that potentially paid for merchandise with a credit card in the previously completed transaction. May Decl., at ¶¶ 4-6. Therefore, Payless satisfies CAFA's second requirement that the amount in controversy exceeds $5 million. *See Korn*, 536 F. Supp. 2d at 1206 (holding that in actions alleging violations of California Civil Code § 1747.08 "in order to demonstrate that the amount *in controversy* meets the CAFA's jurisdictional requirement, defendant need only demonstrate that there are at least 5,001 putative class claims." (italics in original)).

16.     Moreover, under CAFA, the potential cost of compliance with a request for injunctive relief and the total amount of an attorneys' fee award should also be considered when calculating the amount in controversy. *Yeroushalami v. Blockbuster, Inc.,* 2005 WL 2083008 at *3, 5 & n.4 (C.D. Cal. July 11, 2005) (holding that under CAFA, the amount put in controversy includes defendants' potential cost of compliance with a request for injunctive relief and the potential fee award); *see also Tompkins v. Basic Research LL*, 2008 WL 1808316, *4 (E.D. Cal. April 22, 2008) (same). The costs to Payless to comply with an injunction could be significant because it would at a minimum require corrective action in approximately 536 stores and the retraining of over 3,000 employees. May Decl., at ¶ 7. As such, the amount in controversy in this action easily exceeds $5 million. *See* 28 U.S.C. § 1332(d)(2).

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

5.

NOTICE OF REMOVAL OF ACTION
CASE NO. _____

**THE PARTIES ARE CITIZENS OF DIFFERENT STATES**

17.     Plaintiff is and at all relevant times was a citizen of California. Moreover, she alleges that at all relevant times she resided in Los Angeles, California. First Am. Compl., ¶ 6.

18.     Payless is a Missouri Corporation with its principle place of business in Kansas. May Decl., ¶¶ 2-3; *see also*, First Am. Compl., ¶ 7. Payless' corporate headquarters and executive offices are located at 3231 South East Sixth Avenue, Topeka, Kansas 66607. May Decl., ¶¶ 2-3; *see also*, First Am. Compl., ¶ 7.

19.     The citizenship of unnamed "Doe" defendants sued under fictitious names is disregarded for purposes of removal. 28 U.S.C. § 1441(a).

20.     Plaintiff and nearly all purported putative class members are citizens of California and not citizens of the states in which Payless is a citizen. First Am. Compl., ¶¶ 6, 15. Accordingly, minimum diversity is satisfied pursuant to 28 U.S.C. § 1332(d)(2)(A).

**VENUE IS PROPER**

21.     Removal to this judicial district and division is proper under 28 U.S.C. § 1446(a) because this Court hears civil actions arising in Los Angeles County, and the state court action was filed in the Superior Court of the State of California for Los Angeles County.

**NOTICE TO THE LOS ANGELES COUNTY SUPERIOR COURT**

22.     Pursuant to 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, Payless is filing a true and correct copy of this Notice of Removal and all documents filed in support thereof and concurrently therewith with the clerk of the Superior Court of Los Angeles County.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

6.

NOTICE OF REMOVAL OF ACTION
CASE NO. _____

1  Dated:  December 12, 2008

Respectfully submitted,

COOLEY GODWARD KRONISH LLP
MICHELLE C. DOOLIN (179445)
LEO P. NORTON (216282)
DARCIE A. TILLY (239715)

By: _____
        Leo P. Norton

Attorneys for Defendant
PAYLESS SHOESOURCE, INC.

611124 /SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

7.

NOTICE OF REMOVAL OF ACTION
CASE NO. _____

# EXHIBIT A

11/21/2008 15:29 FAX          CIVIL FILE                        ☑002

11/21/2008   12:42  3102039233         THE LINDE LAW FIRM            #0116 P.002/034

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

CONF~~ORMED~~ COPY
OF ORIGINAL FILED
Los Angeles Superior Court

**NOV 21 2008**

John A. Clarke, Executive Officer/Clerk

By _____, Deputy
       Jalon Taylor

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
PAYLESS SHOESOURCE, INC.; and DOES 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JESSICA R. CLARK, individually and on behalf of all others similarly situated,

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
*Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is: | CASE NUMBER: *(Número del Caso)* **BC401695** |

*(El nombre y dirección de la corte es):*
Los Angeles Superior Court- Stanley Mosk Courthouse
111 N. Hill Street
Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Douglas A. Linde, THE LINDE LAW FIRM
9000 Sunset Blvd. Ste. 1025, Los Angeles, CA 90069

| DATE: | JOHN A. CLARKE, CLERK | , Clerk by | JALON TAYLOR | , Deputy |
|---|---|---|---|---|
| *(Fecha)* **NOV 2 1 2008** | | *(Secretario)* | | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
       *PAYLESS SHOESOURCE, INC.*

3. ☑ on behalf of (specify):

    under: ☑ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
            ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
            ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
            ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Amorgan Legal Net, Inc. | www.USCourtForms.com

# EXHIBIT B

1  Douglas A. Linde (SBN 217584)(dal@lindelaw.net)
   Erica L. Allen (SBN 217584)(ela@lindelaw.net)
2  THE LINDE LAW FIRM
   9000 Sunset Blvd., Suite 1025
3  Los Angeles, CA 90069
   Tel: (310) 203-9333; Fax: (310) 203-9233
4
   Attorneys for Plaintiff
5  JESSICA R. CLARK

**FILED**

LOS ANGELES SUPERIOR COURT

NOV 2 1 2008

JOHN A. CLARKE, CLERK

BY JALON TAYLOR, DEPUTY

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  FOR THE COUNTY OF LOS ANGELES

10

11  JESSICA R. CLARK, individually and on behalf     Case No. BC401695
    of all others similarly situated,
12                                                    **CLASS ACTION**
            Plaintiff,
13                                                    FIRST AMENDED COMPLAINT FOR
14  v.                                                DAMAGES

15  PAYLESS SHOESOURCE, INC.; and DOES 1              1.     Violations of the Civil Code § 1747.08
    through 100 inclusive,
16                                                    DEMAND FOR JURY TRIAL
            Defendants.
17

18

19

20          Plaintiff, by and through the attorneys of record herein, brings this action, individually, and

21  on behalf of all others similarly situated, and alleges the following upon personal knowledge, or

22  where there is not personal knowledge, upon information and belief:

23

24  1.    **INTRODUCTION**

25

26  1.    California Civil Code section 1747.08 states in pertinent part:

27

28

                                                      1

            FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES

1   (a) Except as provided in subdivision (c), no person, firm, partnership, association, or

2   corporation which accepts credit cards for the transaction of business shall do either of the

3   following:

4

5   "(2) Request, or require as a condition to accepting the credit card as payment in full

6   or in part for goods or services, the cardholder to provide personal identification

7   information, which the person, firm, partnership, association, or corporation accepting

8   the credit card writes, causes to be written, or otherwise records upon the credit card

9   transaction form or otherwise.

10

11   (b) For purposes of this section, 'personal identification information,' means information

12   concerning the cardholder, other than information set forth on the credit card, and including,

13   but not limited to, the cardholder's address and telephone number."

14

15   2.      As set forth more fully below, Defendant PAYLESS SHOESHOURCE, INC. ("PAYLESS").

16   who operates multiple retail stores throughout California, is engaging in a pattern of unlawful

17   business practices by requesting and recording personal identification information from customers

18   using credit cards at the point-of-sale.

19

20   II.      **JURISDICTION AND VENUE**

21

22   3.      This Court has personal jurisdiction over PAYLESS, because it committed many of the wrongs

23   complained of herein within California, it has several physical facilities in California, does extensive

24   business in California, has sufficient minimum contacts with California, and otherwise intentionally

25   avails itself of the markets in California through the promotion, marketing, sale, and distribution of

26   goods and services in California to render the exercise of jurisdiction by the California courts

27   permissible under traditional notions of fair play and substantial justice.

28

FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES

4.      Venue is proper in this Court pursuant to California Code of Civil Procedure §§ 395 and 395.5. Defendants conduct regular business in this County, and many of the acts giving rise to the violations complained of herein occurred and had their primary effect in this County.

5.      This is a class action case and the aggregate amount of the claims exceed the jurisdictional minimum of this Court.

## III.     PARTIES TO THE ACTION

6.      At all times relative to this Complaint, Plaintiff JESSICA R. CLARK resided in Los Angeles, California. Plaintiff is a credit card holder who on or about November 3, 2008, was requested and/or required to provide their personal identification information in the course of a credit card transaction at PAYLESS' retail store.

7.      Defendant, PAYLESS is a Missouri corporation, with its principal place of business in the State of Kansas at 3231 S.E. Sixth Street, Topeka, KS 66607. PAYLESS conducts business in Los Angeles, California and throughout California.

8.      The true names and capacities of any defendants designated herein as DOES 1 through 100, inclusive, whether an individual, a business, a public entity, or otherwise, are presently unknown to Plaintiff, who therefore sues said defendants by such fictitious names, pursuant to Code of Civil Procedure Section 474. Plaintiffs are informed and believe and on such information and belief allege that each Doe defendant is responsible in some manner for the events alleged herein, and plaintiffs will amend the complaint to state the true names and capacities of said defendants when the same have been ascertained.

9.      At all times mentioned in this Complaint, Defendants and each of them were the agents, employees, joint ventures, and or partners of each other and were acting within the course and scope

3

FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES

1   of such agency, employment, joint venture and or partnership relationship and or each of the

2   Defendants ratified and or authorized the conduct of each of the other Defendants.

4   **IV.   FACTS COMMON TO ALL CAUSES OF ACTION**

6   10.   The Song-Beverly Credit Card Act of 1971 appearing at California Civil Code § 1747, at

7   seq., provides in pertinent part, as follows:

9   No person, firm, partnership, association, or corporation that accepts credit cards for the

10   transaction of business shall do any of the following:

12   (2) Request, or require as a condition to accepting the credit card as payment hi full or

13   in part for goods or services, the cardholder to provide personal identification

14   information, which the person, firm, partnership, association, or corporation accepting

15   the credit card writes, causes to be written, or otherwise records upon the credit card

16   transaction form or otherwise.

18   For purposes of this statute, the term "personal identification information" refers to

19   Information concerning the cardholder, other than information set forth on the credit card and

20   including, but not limited to, the cardholder's address and telephone number."

22   11.   Plaintiff visited a store owned and/or operated by PAYLESS and made a purchase by credit

23   card. At the time of purchase, pursuant to Defendant's policy, Defendant's employee requested

24   Plaintiff's phone number without informing Plaintiff of the consequences if Plaintiff did not provide

25   her phone number.  Plaintiff, believing she was required to provide her phone number to complete

26   the credit card transaction, provided said information.

FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES

12.   Defendant's employee then recorded Plaintiff's phone number into the same electronic cash register that previously recorded Plaintiff's credit card number.

13.   As reflected in the documents attached hereto as Exhibit A, Defendant then uses the phone numbers collected to make unsolicited phone calls to its customers in an effort to market its business and promote future sales.

V.   **CLASS ACTION ALLEGATIONS**

14.   Plaintiff brings this lawsuit as a class action pursuant to California Code of Civil Procedure § 382 and Civil Code § 1781 on behalf of the class of similarly situated consumers.

15.   The class which Plaintiff seeks to represent is defined as: All California consumers from whom Defendant requested and recorded personal identification information in conjunction with a credit card transaction (the "CLASS"). Excluded from the CLASS are Defendants and their directors, officers and employees, and any judge or justice assigned to hear any aspect of this litigation, and any spouse of such judge or justice.

16.   Numerosity (Cal. Code Civ. Proc. § 382; Cal. Civ. Code § 1781(b)(1). The CLASS is so numerous that joinder of them all in one action would be impractical. The members of the Class are so numerous that joinder of all members is impracticable. The disposition of their claims through this class action will benefit both the parties and this Court. While the exact number of Class members is unknown to Plaintiff at this time, such information can be ascertained through appropriate discovery, from records maintained by Defendant and its agents.

17.   Typicality (Cal. Civ. Code § 1781(b)(3): The claim of Plaintiff is typical of the claim of the Members of the Class. Like the Class Members, was requested and/or required to provide personal information during a credit card transaction, was exposed to virtually identical conduct and is

5

1   entitled to civil penalties in amounts of up to one thousand dollars ($1,000) per violation pursuant to

2   California Civil Code section 1747.08(e).

3

4   18.    Common Questions of Fact and Law (Cal. Code Civ. Proc. § 382; Cal. Civ. Code §

5   1781(b)(2): There is a well-defined community of interest in the questions of law and fact affecting

6   the members of the CLASS and Defendants.  Among the questions of law and fact common to the

7   class are:

8        a.    whether each Class member engaged in a credit card transaction with Defendant;

9        b.    whether Defendant requested the cardholder to provide personal identification

10           information and recorded the personal identification of the cardholder, during credit

11           card transactions with Class members; and

12       c.    whether Defendant's conduct of requesting the cardholder to provide personal

13           identification information during credit card transactions and recording the personal

14           identification Information of the cardholder constitutes violations of California Civil

15           Code section 1747.08.

16

17  19.    Adequacy of Representation (Cal. Civ. Code § 1781(b)(4):  Plaintiff is an adequate

18   representative of the CLASS because their interests do not conflict with the interests of the members

19   of the CLASS Plaintiff seeks to represent.  Plaintiff will fairly, adequately, and vigorously represent

20   and protect the interests of the CLASS and has no interests antagonistic to the CLASS.  Plaintiff has

21   retained counsel who are competent and experienced in the prosecution of class action litigation.

22

23  20.    Superiority (Cal. Code Civ. Proc. § 382):  A class action is superior to other available means

24   for the fair and efficient adjudication of the claims of the CLASS.  A class action is superior to other

25   available methods for the fair and efficient adjudication of this controversy because joinder of all

26   members of the CLASS is impracticable, the likelihood of individual CLASS members prosecuting

27   separate claims is remote and individual CLASS members do not have a significant interest in

28   individually controlling the prosecution of separate actions. As a result, the expense and burden of

1   individual litigation makes it economically infeasible and procedurally impracticable for each

2   member of the CLASS to individually seek redress for the wrongs done to them.  The likelihood of

3   individual CLASS members prosecuting separate claims is remote.  Individualized litigation would

4   also present the potential for varying, inconsistent or contradictory judgments, and would increase

5   the delay and expense to all parties and the court system resulting from multiple trials of the same

6   factual issues.  In contrast, the conduct of this matter as a class action presents fewer management

7   difficulties, conserves the resources of the parties and the court system, and would protect the rights

8   of each member of the CLASS.  Plaintiff knows of no difficulty to be encountered in the

9   management of this action that would preclude its maintenance as a class action.

10

11                          **FIRST CAUSE OF ACTION**

12                      (Violation of Cal. Civil Code §1747.08)

13                     (As Against Defendants And Does 1 – 100)

14

15   21.     Plaintiff realleges and incorporates all of the allegations contained in this Complaint as

16   though fully set forth herein.

17

18   22.  As set forth hereinabove, California Civil Code § 1747.08 expressly prohibits PAYLESS and

19   DOES 1 through 100, from (1) requesting the cardholder to provide personal identification

20   information in connection with a credit card transaction, and recording said information in

21   conjunction with a credit card transaction.  Despite these prohibitions, PAYLESS and DOES 1

22   through 100 violate these provisions of Civil Code § 1747.08(a), in its normal business practices.

23

24   23.     Defendant, and DOES 1 through 100, accept credit cards for the transaction of business.

25

26   24.     During credit card transactions entered into at Defendant's (and DOES 1 through 100) stores

27   on each and every day during the one-year period preceding the filing of this class action Complaint,

28   Defendant and DOES 1 through 100 maintained a policy whereby its cashiers both requested and

---

7

1  recorded personal information from customers using credit cards at the point-of-sale in Defendant's

2  (and DOES 1 through 100) retail establishments.

3

4  25.    It is and was the routine business practice of Defendant and DOES 1 through 100 to engage

5  in the conduct described in this cause of action with respect to every person who, while using a

6  credit card, purchases any product from any of Defendant's (and DOES 1 through 100) stores in the

7  State of California

8  .

9  26.    Plaintiff is a cardholder who is/was aggrieved by the business practices of PAYLESS herein

10  alleged. In accordance with section 1747.08(e), Plaintiff seeks all civil penalties authorized by

11  California law on behalf of himself and all other cardholders similarly affected by the conduct of

12  Defendant and DOES 1 through 100.

13

14  **PRAYER FOR RELIEF**

15

16  WHEREFORE, Plaintiff prays for:

17

18  1.    An order certifying the CLASS, and appointing Plaintiff as the representative of the CLASS,

19  and appointing the law firm representing Plaintiff as counsel for the CLASS;

20  2.    For preliminary and permanent injunctive relief barring Defendant from utilizing a policy

21  whereby Defendant's cashiers request and/or record personal information from customers using

22  credit cards at the point-of-sale in Defendant's retail establishments;

23  3.    For an order awarding Plaintiff and each member of the Class the civil penalty to which he or

24  she is entitled under California Civil Coda section 1747.08(e);

25  4.    For distribution of any monies recovered on behalf of the Class of similarly situated

26  consumers or the general public where necessary to prevent Defendant from retaining the benefits of

27  its wrongful conduct;

28

5.      For an award of attorneys' fees as authorized by statute including, but not limited to, the provisions of California Code of CMI Procedure Section 1021,5, and as authored under the "common fund" doctrine, and as authorized by the Substantial benefit" doctrine

6.      For payment of costs of suit herein incurred;

7.      For pre-judgment interest at the legal rate;

8.      For such other and further relief as the Court may deem proper.


Dated: November 20, 2008                          THE LINDE LAW FIRM


                                                  By:_____
                                                  Douglas A. Linde
                                                  Erica L. Allen
                                                  Attorneys for Plaintiff
                                                  JESSICA R. CLARK

FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all claims so triable.

Dated: November 20, 2008

THE LINDE LAW FIRM

By:_____
Douglas A. Linde
Erica L. Allen
Attorneys for Plaintiff
JESSICA R. CLARK

FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES

# EXHIBIT A

whocalled.us / 800-995-4532                                    Page 1 of 5

# Who Called  Us

Hello (76.79.112.162) | About | Join | Sign in

The phone is ringing, and I don't recognize the number,
All Caller ID says is, "NAME UNAVAILABLE".
Please help me figure out who is calling and what they want

Search

Phone Number
8009954532              Lookup

## Payless Shoes
7 reports

### Report a Phone Call From 8009954532

Date of Call 2008-11-10 Who Called (company name)            What Caller ID showed (words)
                Your Postal Code (for map)        Report

[Show map]

### Calls From (800) 995-4532

48 calls reported from this number. According to 7 reports the identity of this caller is **Payless Shoes**

[+]

| Who Called | Caller ID | Date |
|---|---|---|
| Unknown Name | Unknown Name | 2008-02-29 |
| UNKNOWN | UNKNOWN | 2008-03-01 |
| Unknown | 800 Service | 2008-02-28 |
| unknown | UNKNOWN | 2007-10-26 |
| unknown | toll free call | 2007-10-26 |
| unknown | none | 2007-10-25 |
| Unknown | | 2007-10-26 |

### Comment On Calls From 800-995-4532

**Free Reverse Phone Lookup**
Find Anyone's Phone Number Unpublished,
cellular and landlines

Your Name                                   M M            Ads by Google

Message

Comment

whocalled.us / 800-995-4532                                               Page 2 of 5

**24 Comments**

**Don**                                                        2007-10-25 15:47:34 UTC

We are on the Do Not Call List and received a commercial on our phone from this company advertising their Bogo promotion.

**Al**                                                         2007-10-25 16:50:51 UTC

We are also on the Do Not Call List and received a voicemail from payless advertising their Bogo promotion.

**Mary**                                                       2007-10-25 18:09:26 UTC

We also are on the Do Not Call list, yet we got the same phone call advertising their BOGO promotion. I called the same 800 number and was able to remove my number from their calling list. Will post again if I get any more calls from them.

**pdx**                                                        2007-10-25 23:46:07 UTC

Really tired of junk automated calls...

**thinkblue77**                                                2007-10-26 02:45:00 UTC

This is ridiculous. I swear I get MORE f$@#% telemarketing calls being on the National Do Not Call list than I ever got before putting my number on there. I just filed a complaint on donotcall.gov, like it's going to make a difference...

I think I'll change my phone number and go for the "Non Published Number" option. I hate to spend $12.50 to set it up, and then an addition $2.50 per month, but if it keeps these @$$holes from calling me and pissing me off, I guess it'll be worth it.

**AS**                                                         2007-12-06 18:41:08 UTC

I just recieved a call promoting Payless Shoes BOGO sale. We are on the DNC list. I called the number back and an automated message stated that they CAN call you if they have a record that somone in your household made a purchase there in the past 18 months!! How does that constitute having an active "account" with them...like your creditors who can call you about other products and services? I don't have an "account" with Payless shoes nor have we purchased anything there in the past several years. And how the hell would they know anyway...we buy everything with cash!! My advice, whenever you shop somewhere and they ask you for your phone number at the checkout...DON'T GIVE IT TO THEM. This is how they "get" to "legally" (?) telemarket you!!

**kmd**                                                        2007-12-06 19:12:46 UTC

Now they are spamming my phone with their BOGO promotion? You have got to be kidding me.

**Shannon**                                                    2007-11-08 00:23:51 UTC

I didn't answer...and when I tried to call back I just got a fast busy signal.

**Linda**                                                        2007-12-06 22:18:26 UTC

We learned a valuable lesson...NEVER NEVER fill out surveys on the internet...don't know
why we were stupid enough to do it in the first place.Also on Do not call list but that survey seems to give them
permission

**macy**                                                         2007-12-07 03:53:51 UTC

They called today, I didnl answer.
I don't shop at payless shoes. I NEVER have.
Someone must have given them my number out of spite
or just blurted out a random wrong number
that happened to be my number.
Either that or payless just doesn't care about the law.

**t j**                                                          2007-12-07 04:07:42 UTC

blurting out a random wrong number
thats a good idea, how about giving them the number to
one of the many collection agencies who call all day long.
Let payless call them for a change.

**Kim**                                                          2007-12-07 15.40 14 UTC

I went directly to the companys web site and sent a nice little email of my own blasting their means of advertising
and told them to take me off their list. I also stated I would not be doing any holiday shopping at their stores due
to the unwanted calls. WWW.PAYLESS.com

**K Newell**                                                     2008-02-16 14:02:12 UTC

Tired of these people calling I got a telephone so I could make calls and not so I could be aggrevatied by these
morons. just sick of 800 numbers

**Gernand**                                                      2008-02-21 11.44:00 UTC

Your ghetto shoes suck and now you're calling me at home during Big Brother 9??? Bogo yourself to hell.

**Steve**                                                        2008-02-28 19 58.31 UTC

Payless shoes w/ pre recorded message for a shoe sale this weekend.

**foggy**                                                        2008-02-28 20:01 01 UTC

phone call advertising their BOGO promotion

whocalled.us / 800-995-4532                                            Page 4 of 5

**Laura**                                                    2008-02-28 23:17:17 UTC

On the DNC list and last time we were there we refused to give them our number. The only other ways to get our phone number are illegal and an invasion of privacy. I have reported this to the FCC.

**KL**                                                       2008-02-29 04:01:59 UTC

Was a sales pitch for a sale at Payless Shoes. Gave a number to "unsubscribe" to these calls. Called them back and got an automated voice giving me the options: Press 1 to hear about the "sale" or press 2 to unsubscribe. I pressed 2 and had to enter my area code and # to unsubscribe...I have never purchased anything from Payless Shoes, and will be sure to NEVER in the future, so I am a bit curious how they get away with calling me since my number is on the do not call list.....

**JM**                                                       2008-03-01 05:20:51 UTC

I'm on the Do Not Call List and they called telling me this was the last Weekend of the Bogo Sale. Sorry but Bogo is such a stupid term. I'm a freaking man and eventhough it's a shoe store it does Cater to females more. Why the hell would I need to shop at a womans store?

**tiredMT**                                                  2008-03-01 09:32:53 UTC

I answered this call. They identified themselves as ARS- Adrian was the person's name. I told her that we had an account in dispute & we had an attorney. She abruptly hung up on me. Felt good for once as our attorney is going after them with nothing held back. All over a newly boughten torn drape JC Penney doesn't want to honor their warranty.

**KMD**                                                      2008-05-13 04:46:52 UTC

Yet again! I went to Payless.com and opted out of their marketing materials. We'll see if that stops the calls. Seriously makes me never want to buy another thing from these people.

**david**                                                    2008-06-06 21:16:01 UTC

It's Payless Shoes. It seems if you used a credit/debit card they call you every few months about a great sale you can't miss.

**John**                                                     2008-07-02 12:04:08 UTC

Continually get this anonymous toll-free 800 number calling me, there is nobody on the phone when I pick it up. This number calls me all hours of the day and night; 2:00PM, 4:30PM, 9:00PM. 1:00AM, 3:30AM, 5:00AM, 8:30AM, 10:00AM, 12:30PM and so on.

This is totally insane. My crappy regulated monopoly telco Qwest, has not answered my online trouble ticket for 5 weeks nor has Qwest provided any response as to whom this toll-free phone stalker is.

America is going to Hell in a handbasket fast. these rouge maniac telemarketers are running rampant on honest tax-paying slaves like myself who need sleep in order to work days so I can pay the IRS and help pay down the trillions worth of interest the Iraq war is costing us. I got no sleep last night because of the constant interruptions

from this damn number and now very angry about it. Tonight I will be forced to unplug my phone from the wall.

My telco provider Qwest is absolutely useless, which is absurd to the last.

**jd**                                                                                    2008-07-08 19:05:52 UTC

we are also (like everyone else here that has complained of these calls) on the DNC list and this is not the first time payless shoe's has called us since we have registered ont he DNC list. it makes you wonder how well the DNC register is working and where payless shoes gets these numbers to call and harass people on a constant basics. this is the third time o have called this number for payless shoes to have our number removed from their calling list. that has not worked because they keep calling. this is upseting to us to know that payless shoes is not respecting the DNC list. i thought it was against the law to harass people who are on that list. this better stop because i am tired of these junk phone calls when they have plenty of advertising on the TV and in the newspapers.

**Payless Shoes** calls from 8 other numbers:

800-995-5432 843-460-6102 888-444-9950 269-537-2057 866-746-5930 269-537-2066 202-495-7108 866-384-1594

8009954532 - who calls me from 800-995-4532?                                    Page 1 of 3



**Phone Number Search**

| Get Details |

**8009954532**

Got a call from 800-995-4532? Report it and help to identify who and why is calling from this number

**800-995-4532 phone number comments:**

GamblinMan - 25 Oct 2007

Calls everyday, noon approximately.

No message is ever left and if I answer, I get "dead air"

Caller ID: 8009954532

Reverse Phone Search
Find Anyone's Phone Number Quickly
Unpublished, Cellular & More Detail

V V                             Ads by Google

mj - 6 Dec 2007

Probably scumbag debt collectors like West Asset Management, NCO Financial, Asset Acceptance

Caller ID: 800-995-4532
Caller: n/a

JP - 6 Dec 2007

Got a call this morning from this number  It was Payless Shoe Source letting me know about their big
BOGO sale.  How the heck did they get my number, do they fall under the Do Not Call?  I could care less
about their sale!!!

Caller ID: 800-995-4532

onehappymimi - 6 Dec 2007

I got a call this morning. I answered--no one there. I'm so tired of these calls. They take up my caller ID
and I lose numbers I need!

Caller ID: not provided
Caller: unknown

onehappymimi - 6 Dec 2007

Just called the number on my id. It is PayLess. I pressed "2" to be removed from the list. Simply done,
let's see if it works! I'm writing down the date and time and if they call again after 3 weeks, I'm
contacting authorities.

Caller ID: not provided
Caller: Payless Shoes

Who Owns that 800 Number?
Toll Free and Vanity 800 Numbers We can
help you get the number

V V                             Ads by Google

MARTA E. CHAVEZ - 6 Dec 2007

I DO NOT WANT TO BE BOTHERED. I WORK NIGHTS. I DO NOT ANSWER 800 NUMBERS, BUT
THEY WAKE ME UP. THEY LET IT RING ABOUT 20 TIMES.

Caller ID: 1-800-995-4532

rj - 7 Dec 2007

this make 10 call today and no one thier when i call back they ask if i could make a payment on a sprint bill
as i told me before the bill is settled and still they call , and call and call , i put them on hold and called
sprint and they told west mangent to stop it , and they hung up and me .

Caller ID: 1-800-995-4532
Caller: west mangement Debt and ones dises

Thomas - 14 Feb 2008

800-995-4532 Payless shoes sales permssion

Caller: Payless Shoes

8009954532 - who calls me from 800-995-4532?                                    Page 2 of 3

Copyright Whois.me.com 2008

**let's start a protest against Payless · 15 Feb 2008**

I just called the 1-877-474-6379 Payless Shoe Store Customer Service phone number and asked the rep for Nikky (the computerized voice on my answering machine). The coustomer service person didn't know who Nikky was. I kindly explained that Nikky left a telemarketing message on my answering machine and that I don't want to get more calls. She took me off their call list. We then got in a long conversation about telemarketing and how i thought it was illegal and annoying since I was on the "do not call list". BTW. Her supervisors name was Kathrine. I also asked the coustomer service rep to send me my check for violating the DNC list. She said no. All in all it was fun to call and waste 11 minutes of their paid time.

If everyone who is annoyed by the Payless shoe store telemarketing call were to call the Payless Shoe Store Customer Service phone number (1-877-474-6379) and talk to a live representative for 11 minutes then the company may realize that they are losing more money in Customer Service then they make in revenue.

Note to Payless CEO: stop annoying your customers with underhanded telemarketing marketing, they will stop shopping at your store.

Caller: Payless shoe stores

**jeanne · 20 Feb 2008**

i just received a call at work regarding payless' buy one get one 1/2 off. i can't imagine anybody who works here giving out this number when asked at a personal shopping experience. I personally am also on the do not call list and if i receive a call at my home, i won't call them back to remove my number, i will report them, simple as that

Caller: payless shoe stores

**Chris · 20 Feb 2008**

I too received a call from this number this morning for the first time. I called back and it is Payless telemarketing. Call back this number and press "2" in their automated system to be removed from their calling list. I am also on the National Do Not Call List, however, I vaguely remember a couple of months ago being in a Payless Store and when I checked out, they asked for my phone number and I inoavertently gave it to them without thinking!! I believe this gets them off the hook with the National Registry because I voluntarily gave them my number!!! So, word to the wise, don't give your number to anyone when shopping!!! I just politely tell the sales people that I would rather not.

Caller ID: (800)995-4532
Caller: Unknown Name

**Amanda · 8 Mar 2008**

Start giving out random phone numbers or make a list of people on your bad side and give those out. It's the little things in life... :)

I'm never here and my phone doesn't keep track of how many times the number is on the caller id Sucks. But I'm getting crazy calls as this is a new line in my home. I had some person tell me that she HAD the right number...yea, cuz I don't know my name or anything...and she called 4 times within 4 hours...on a Saturday. What a job to have!

I'm calling them back soon. And will continue every hour on the hour. :)

Jeeze, the nerve.

Caller ID: 8008954532

**Phil · 1 May 2008**

I got this call, too. When I press "2" to remove my number, they claim my number is eligible. It's a cell phone, so I don't know how that should be possible. I never shop there.

Caller ID: 8008954532
Caller: Payless Shoe Stores

**CW · 7 May 2008**

Payless Shoes. Reported it to the FCC since I'm on the no-call list and have never given them my number or permission to call it. Send an email to fccinfo@fcc.gov to report the call. Maybe they will have to pay a fine. You can call the number back and select option 2 to opt out. I usually don't try this anymore since most sales call numbers just ring and ring. But really, I'd rather pay the fine.

8009954532 - who calls me from 800-995-4532?                    Page 3 of 3

Caller ID: 800-995-4532
Caller: Payless Shoe Source

**Submit a comment about 1 800-995-4532 phone number:**

**Your Name**

Type your name at you want it to to appear above your comment

**Call Comment**

**Caller ID** (optional)

The phone your Caller ID shows

**Caller Company** (optional)

The company that called you

**Validation Code**

Type the characters you see in this picture

[ Submit Your Message ]

(800) 995-4532 / 8009954532

## 800Notes (Directory of UNKNOWN Callers)

### 800-995-4532

Did you get a call from 800-995-4532? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

**Comments about 8009954532 number:**

**jes · 25 Oct 2007**                                                    Rating: 0

no message left

Caller ID: not given
Caller not given

---

**Show Me gal · 25 Oct 2007**                                           Rating: +1

10.30 a.m.  Missed call  But I think sometime these are verifying calls. ?? I know I filled out an application online in the past where they call, just to see that it is a real live person at the end  It's just a guess

Caller ID: Toll Free Call

---

**G-D · 25 Oct 2007**                                                   Rating: +1

They left a message on my machine that said Payless Shoe Store was having a BOGO sale. I can't believe these people would actually call people's homes about selling shoes.

Caller ID: Unavailable
Caller: Payless Shoes
Caller Type: Telemarketer

---

**warning · 26 Oct 2007**                                               Rating: 0

Payless must have asked your # with a transaction..........stupidly, I gave it  lol

---

**warning · 26 Oct 2007**                                               Rating: 0

Payless must have asked your # with a transaction ....... stupidly, I gave it  lol

---

**Christine · 26 Oct 2007**                                             Rating: 0

I got this call a minute ago regarding Payless Shoe's sale.

Caller ID: Unknown Name
Caller: Payless Shoe
Caller Type: Telemarketer

---

**Phone Call Info**
Get Info on Phone Call from 14 search engines in 1.

**Phone Call**
Computers, Software, Tech Toys and More! Bid, Buy and Save on eBay.

**phone call**
Instant phone call Access. Free Download

**Download Ringtones**
No Credit Card Required. Instantly download in 30 seconds

---

**MR · 26 Oct 2007**                                                    Rating: 0

Payless BOGO sale

Caller ID: 1-800-995-4532

---

**krae · 26 Oct 2007**                                                  Rating: +1

just answered the call & no one there · · ·

Caller ID: not here

---

**Nanny · 26 Oct 2007**                                                 Rating: +2

It is Payless Shoes who is making these calls.  I had been receiving them twice a day for a number of days and did not answer them because caller ID always said "UNKNOWN."  But today I had enough and answered the phone, whereupon I was greeted with a prerecorded message from Payless Shoe Source

### Site Menu
- Homepage
- News
- Articles
- Videos
- Area Codes
- Contact Us

### Search Phone Number

[ Search ]

### Latest News
- Several States Investigate Auto Warranty Sales Calls
- Do-not-spam List for Utah Kids
- Telemarketer Refuses to Make Controversial McCain Robo-Calls
- Canada's Telecommunications Regulator Considers Changes to Do-not-call List
- Wachovia Will Pay $200 Million to Settle Telemarketing Suits

### Latest Articles
- 5 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry
- How To File a Complaint with FTC

### Latest Videos
- Oprah's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetary Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

### Link Buttons
Place one of these buttons on your blog and spread the word!

Directory of "UNKNOWN" Callers

(800) 995-4532 / 8009954532                                    Page 2 of 3

Copyright © 800notes.com 2008 | Privacy Policy | Terms of Service

It gave this 800 number in the message. So I found Payless Shoe's customer service phone number on the internet and called them. They confirmed that they are indeed making these calls, that I had probably made a purchase and provided my phone number. I told them to remove my number and she did so. I also told her I am on a DO NOT CALL LIST so should not have been receiving these calls.
Caller ID: UNKNOWN NAME UNKNOWN NUMBER
Caller: Payless Shoes

                                                    🔁 Reply   !

normal person - 29 Oct 2006                          Rating: 0  👍 👎

You should chill out. It is people like you who call whining and complaining about nothing that make idiots out of the average american. Why don't you actually read the donotcall registry rules. Do you really think that an organization or company as big as payless has lawyers that would be outsmarted by you.

                                                    🔁 Reply   !

rhonda - 26 Oct 2007                                 Rating: +1  👍 👎

I never answer 800 numbers,just wait till they hang up,and call them back.This number is for Payless-BOGO sale.
Caller: Payless Shoes

                                                    🔁 Reply   !

Anonymous - 10 Nov 2007                              Rating: +1  👍 👎

This # is Payless Shoestore - it was so stupid - some weirdo lady saying they were having a sale.
Caller ID: Toll Free
Caller: Payless Shoe Store

                                                    🔁 Reply   !

JP - 6 Dec 2007                                       Rating: +1  👍 👎

Got a call this morning from this number. It was Payless Shoe Source telling me know about their big BOGO sale. How the heck did they get my number, do they fall under the Do Not Call? I could care less about their sale!!!
Caller ID: 800-995-4532
Caller: Payless Shoes
Caller Type: Commercial

                                                    🔁 Reply   !

WWay - 6 Dec 2007                                     Rating: +1  👍 👎

Same thing as everyone else .. Payless Shoe Store.

I filed a complaint on the Federal DNC website.
Caller ID: Unknown
Caller: Payless Shoe Store
Caller Type: Telemarketer

                                                    🔁 Reply   !

Call Commander - 6 Dec 2007                           Rating: +2  👍 👎

Payless gets your number from you. Because you voluntarily gave it to the cashier, you've then accepted to receive information from them. Unfortunately, the cashier probably told you when you checked out that they needed your phone number to verify your credit card info. This is totally false. Not only did the cashier earn an extra $1 per phone number, Payless will also make money selling your phone number
Caller ID: Unknown
Caller: Payless Shoes

                                                    🔁 Reply   !

Ziggy - 7 Dec 2007                                    Rating: +2  👍 👎

For all of you who are complaining about receiving phone calls from this number here is some advice. do what I did, call this number and tell them you no longer wish to receive these phone calls.

1-877-474-6379 option 1 then option 6

FYI - Even if you put your number on the Do Not Call list this does not protect your number from people who you have bought something from or from credit card companies that you may have a credit card with if you would read further than just the first line or two you would know this because it is posted on the Do Not Call registry where you enter your number.

Everyone have a nice day.

                                                    🔁 Reply   !

cats - 7 Dec 2007                                    Rating: +1  👍 👎

Ziggy:
Thanks for providing the info. I called the 877 #, pressed option 1 for english, and option 6 to speak to a customer service rep.
I spoke to Joanne & advised I wanted taken off the calling list.
I said "you're getting lots of calls about this aren't you". She kind of sighed and said LOTS of calls.

                                                    🔁 Reply   !

GGIRL - 24 Sep 2008                                                                              Rating 0

PAYLESS DOES NOT GIVE OUT PHONE NUMBERS AND THE CASHIEER DOES NOT MAKE ANY
MONEY ON COLLECTING THESE NUMBERS. IF YOU LISTN TO THE WHOLE MESSAGE AT THE
END THE WOMAN ASKS IF YOU DO NOT WANT TO RECEIVE ANY MORE OF THESE CALLS JUST
PRESS O.  SO PRESS IT AND YOU WONT GET THE CALLS ANYMORE

⤷ Reply   !

Bubba - 6 Dec 2007                                                                              Rating. +1

I answered and no one was there, this isn't the first time. I would like these calls to stop. I tried calling the
number back and no one picked up

Caller ID: Toll Free

⤷ Reply   !

BB - 6 Dec 2007                                                                                 Rating: +2

I just got a from them looked it up here and the ...called the number from others who posted it (THANK
YOU)and submitted a complaint. This is bogu... " ... at they do this. They should tell you to check out why
and ask you if you want to be notified of future s.. les. Personally if I wanted to know about current
promotions I would either go in, look on their s.t... or call them. In my opinion them calling us is running
their reputation and driving sales down not up    I en I want or need shoes I go get them not go in just
because they have a sale.

Caller ID: 1-800-695-4532
Caller: Payless Shoes

⤷ Reply   !

1  2  3  4

Report a phone call from 1-800-995-4532:

**Your Name or Nickname**

Your name will either be your username or be shown in the list of user posts

**Call Details**

**Caller ID** ...

Not on your Caller ?

**Caller Company** ...

The name of the company that called you

**Caller Type** ...                    Unknown

**Validation Code**

...                                     Type the characters of the code in the picture

Submit Report

Thank you for your contribution! Oh ... and please don't use offensive words.

Other phone numbers in 1-800 area code

(800) 995-4532 / 8009954532

**800Notes** (Directory of uNKNOWN Callers)

## 800-995-4532

Did you get a call from 800-995-4532? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

### Comments about 8009954532 number:

**JL - 11 Dec 2007**   Rating: +1

Several calls. Have answered, no response. Have just let it ring also. Thanks for the 877#. Will call them and get my name off their list   Thanks also for the info on how they get the numbers

*Caller ID: unknown caller*

Reply   !

**ME - 14 Feb 2008**   Rating: +2

got the call today from 800-995-4532 with a recorded message about there sale.  simple solution: WON'T SHOP THERE EVER AGAIN

*Caller ID: 800-995-4532*
*Caller: Payless*
*Caller Type: Telemarketer*

Reply   !

**MT - 14 Feb 2008**   Rating: -5

This is Payless ..Just call the number, press 2 and enter your number to be removed morons... Sheeshh

*Caller ID: 900 service*
*Caller: Payless*
*Caller Type: Commercial*

Reply   !

**Arlene - 21 Feb 2008**   Rating: +1

Thank you that was easy!

Reply   !

**pdmoney - 28 Feb 2008**   Rating: +4

What the hell made them think I wanted to be called in the first place? Isnt this illegal?  Whether I did business with them in the past or not I dont want to be called to have crap pushed on me!

Reply   !

**annoyed2008 - 29 Feb 2008**   Rating: +3

Got this too and sent them a comment telling them just how I feel and that I will not shop there again. I have never given them my info  I plan to let the Texas Attorney General know about it too. Please tell your state AG:
http://www.naag.org/ag/full_ag_table.php

Reply   !

**Audrey - 5 Mar 2008**   Rating: +2

Thank you!  Easy to find this by google!!!

They have called me 2 x a day for the past 20 days  I never called the number back - duh - but then I was home on Friday and got their prerecorded message that it was payless

They called again last night and interrupted a telephone call that I was on!

Thanks for the info!!!!  I just called to be removed.  Let's hope it works!

Reply

**Jennifer - 2 May 2008**   Rating: 0

Thank you for the information, called and got removed.

Reply

**CJ - 2 May 2008**   Rating: 0

Most of the time when a number is called back, there is no answer, it just rings and rings and rings ....most people don't try anymore.  Sheesh.

Reply

**Dan - 7 May 2008**   Rating: +1

Worked great everyone should know about this>???

Reply

**phoney - 14 Feb 2008**   Rating: +3

Payless recording announcing their BOGO (Buy One, Get One) sale on my work phone, which I've never given out

**Site Menu**
- Homepage
- News
- Articles
- Videos
- Area Codes
- Contact Us

**Search Phone Number**

[Search]

**Latest News**
- Several States Investigate Auto Warranty Sales Calls
- Do-not-spam List for Utah Kids
- Telemarketer Refuses to Make Controversial McCain Robo-Calls
- Canada's Telecommunications Regulator Considers Changes to Do-not-call List
- Wachovia Will Pay $200 Million to Settle Telemarketing Suits

**Latest Articles**
- 9 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls. What To Do
- The Truth about Cell Phones and the Do Not Call Registry
- How To File a Complaint with FTC

**Latest Videos**
- Gnarls PSA on Telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetary Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

**Link Buttons**

Directory of uNKNOWN Callers

Phone lookup
Report it! Stop it!

(800) 995-4532 / 8009954532

Copyright 800notes.com 2008 : Privacy Policy : Terms of Service

As mentioned above, Payless' customer service can be reached at 1-877-474-6379  After choosing your language, tell customer service to stop calling and tell them you're not going to shop there anymore, maybe that might help prevent more calls (maybe not).

Caller ID: 800-466-4937
Caller: Payless Shoes

↩ Reply   !

**Love reading?**
Swap books. Postage provided. Free membership p...Join today!
www.titleflip.com

**Live Jewelry Auction**
Greatest Online Jewelry Auction  Huge Savings!
www.bidz.com

**Rings Info**
Get Info on Rings from 14 search engines in 1.
www.info.com

**GoldKit - As Seen on TV**
17+ Years of Buying Experience. Free Insured Ship ng Packages!
www.goldkit.com

**Payless shoe store hates it's customers** - 15 Feb 2008                     Rating: +2
I just called the 1-877-474-6379 Payless Shoe Store Customer Service phone number and asked the rep. for Nikky (the voice on my answering machine). The customer service person didn't know who Nikky was. I kindly explained that N kky left a telemarketing message on my answering machine and that I don't want to get more calls. She took me off the call list. We then got in a long conversation about telemarketing and how I thought it was illegal and annoying. BTW, Her supervisors name was Kathrine. I also asked the customer service rep to send me my check for violating the DNC list. She said no. All in all it was fun to call and waste 11 minutes of their paid time.

If everyone who is annoyed by the Payless shoe store telemarketing call were to call the Payless Shoe Store Customer Service phone number (1-877-474-6379) and talk to a live representative for 11 minutes then the company may realize that they are losing more money in Customer Service then they make in revenue.

Note to Payless CEO: stop annoying your customers with underhanded telemarketing marketing, they will stop shopping at your store.

Caller ID: 1-800-995-4532
Caller: Payless Shoe Store (GGG?-???)
Caller Type: Telemarketer

↩ Reply   !

**SuperNoVa Mom** - 20 Feb 2008                                             Rating: +1
Got this same call today and thought the same things as others here: why should I take an extra step to avoid these calls when I'm already on the Do Not Call registry.

By the way, Payless CEO is Matthew E. Rubel, who lives in Mission Hills, Kansas. Maybe we should call him and tell him to call us back if he doesn't want to receive any further calls.

↩ Reply   !

**Tom** - 15 Feb 2008                                                       Rating: 0
Call was about a sale at Payless

↩ Reply   !

**EAST_SIDE_DAVE** 15 Feb 2008                                            Rating: +3
It was Nikki calling about a Buy One get one for 50% off sale. They have these all the time. Why would they call me about it?

Caller ID: 1-800-995-4532
Caller: Payless Shoes
Caller Type: Telemarketer

↩ Reply   !

**Mikey** - 13 Mar 2008                                                     Rating: +3
It's true. Do they ever not have this sale going? I think every shoe store in town is running the same sale simultaneously. Even Kmart

↩ Reply   !

**D** - 15 Feb 2008                                                         Rating: +4
second call from 800-995-4532 today!!!!...and NO I didn't give my number to payless,one I haven't been to payless in forever!!!...and two it is a company cell they are calling,would never give that number to anyone like them!!!

Caller: payless
Caller Type: Telemarketer

↩ Reply   !

(800) 995-4532 / 8009954532

**Audrey - 5 Mar 2008**                                              Rating: 0

ummm... yea.... me 2....like 2 calls a day....every day

↩ Reply   !

**Miss - 27 Feb 2008**                                              Rating: +1

I got this call, and did exactly what a previous post said by calling
877-474-6379 option 1 (for english) then option 6. It is Payless Shoes, who DID in fact get my ph # from
trickery by asking for it when I wrote a check. I simply asked to be taken off their list, he was very
apologetic about me receiving any unwanted calls and said he would have it removed "post haste" as
they should normally only take our # when the store has ordered something for us and it is a WANTED
call.
*Caller ID: 800-995-4532*
*Caller: Payless Shoes*
*Caller Type: Commercial*

↩ Reply   !

**Sam C - 28 Feb 2008**                                             Rating: +7

This is from Payless Shoesource as so many others have mentioned already. I was immensely upset
that they called my cell phone while I was at work when my number is on the DNC registry. I, of course,
called the number back and removed myself from their list, but that was just the beginning. Next, I
headed over to the DNC website where I filed an official complain
Still not content that I had done enough, I called their corporate office (785)233-5171 to complain. The
lady that answered at their switchboard sent me to their customer service department. The
representative with whom I spoke said she would pass along my concerns.
Had I done enough? Nope. I then back to their headquarters and managed to get the receptionist for
their CEO. She was kind enough to provide me with name of their SVP of Marketing (who was
conveniently out of town).
I explained that this was urgent as I played the part of a concerned insider who was looking to stem a tide
of bad press coming their way. She dutifully referred me to the man in charge of their telemarketing:
Aaron Cohen.
I thanked her and called the corporate number back. This time, I was able to get through to Mr. Cohen. I
explained the situation to him, and he kind of struggled to find a logical next step. I told him to reach out
to his customer service group to see how many complaints were coming in. After pitching me a few
company lines about how important privacy is and blah blah blah, he said that he would indeed take this
seriously. We left off on good terms, and I do believe that he will continue to investigate this internally
*Caller ID: 1-800-995-4532*
*Caller: Payless Shoesource*
*Caller Type: Event Reminder / Notification*

↩ Reply   !

1 2 3 4

**Report a phone call from 1-800-995-4532:**

**Your Name or Nickname**

Your name or alias as you want it. We suggest to the end of your post

**Call Details**

**Caller ID** (if you know)

Type in your Caller ID

**Caller Company** (if you know)

The name of the company that called you

**Caller Type** (if you know)          Unknown

**Validation Code**

Type the characters you see in the picture

[ Submit Report ]

*Thank you for your contribution! Oh... and please don't use offensive words.*

Other phone numbers in 1-800 area code

(800) 995-4532 / 8009954532

**800Notes** (Directory of Unknown Callers)

## 800-995-4532

Did you get a call from 800-995-4532? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number

### Comments about 8009954532 number:

**Gina - 28 Feb 2008**                                              Rating +3

I received the phone call from payless today. First time they hung up. Second time it was an announcement. I was very annoyed considering I work 3rd shift and they woke me up I COULD CARE LESS if they are having a bogo sale or not. Then n phone calls aren't going to nke me go to payless, as a matter of fact it will turn me against going!!!!

Caller ID: 800-995-4532
Caller: 800 service
Caller Type: Telemarketer

Reply  !

**annoyed - 28 Feb 2008**                                          Rating +3

you can file a complaint with the do not call list ! re:
https://www.donotcall.gov/complaint/complaint...ck.aspx

Reply  !

**Irratated - 29 Feb 2008**                                        Rating +3

Thanks, I just filed a complaint.

Reply  !

**Erin - 28 Feb 2008**                                             Rating +3

My husband worked till 5am. I had both our kids quiet so he could get a little sleep before having to go back in. This call woke him up and made us both furious. The Texas PUC will fine companies $1000 a day for illegal telemarketing. I'm not sure this call qualifies because it came in during the day, not after hours, but I will report it anyway.

When I called Payless customer service, the woman who I spoke with was extremely pleasant and apologetic and promised to get my number removed immediately. She was a top-notch representative of the company and I hope everyone has such a good experience when calling in. No need to get nasty with people like her, it isn't her fault!

Caller ID: 800-995-4532
Caller: Payless
Caller Type: Telemarketer

Reply  !

**wd - 28 Feb 2008**                                               Rating +2

They called today while I was gone. Did not leave a message on my answering machine. If your going to call someone, at least leave a message! so annoying.
Now I'm going to call back their 800 numbers repeatedly overyday and annoy them right back
I can assure you 100% that I have Never been to a payless, since the closest one is 50 miles away from my home.
I don't shop there, never have, never will
How did these as*holes get my number?!!!

Reply  !

**Phone Call Info**
Get Info on Phone Call from 14 search engines in 1

**Phone Call**
Looking for Phone Call? Find exactly what you want today

**phone call**
Instant phone call Access. Free Download!

**Buy OneToday-Works!**
Buy One Get One Apple Patch Diet is a natural weight loss formula

**Laura - 28 Feb 2008**                                            Rating +4

I am on the DNC and last time we were in the store we refused to give them our phone number. The only other ways of obtaining our phone number are illegal methods.

At the end of the recording I selected the option to have my number removed from their list, jumped through their hoops (it went something like: press 1 to be removed from our list "beep" "brief pause" Press 1 to be removed from our list or press 2 for "beep" "brief pause" Thank you for calling the payless (blah blah blah blah) To be removed from our telemarketing list press 1 now "beep" Thank you. You have been removed from our l sting)

### Site Menu
* Homepage
* News
* Articles
* Videos
* Area Codes
* Contact Us

### Search Phone Number
[Search]

### Latest News
* Several States Investigate Auto Warranty Sales Calls
* Do-not-spam List for Utah Kids
* Telemarketer Refuses to Make Controversial McCain Robo-Calls
* Canada's Telecommunications Regulator Considers Changes to Do-not-call List
* Wachovia Will Pay $200 Million to Settle Telemarketing Suits

### Latest Articles
* Is Things To Do When Your Identity Stolen
* Harassing calls from a debt collector? Here is what you need to know
* Harassing Phone Calls: What To Do
* The Truth about Cell Phones and the Do Not Call Registry
* How To File a Complaint with FTC

### Latest Videos
* Gberts PSA on telemarketers
* Fun with Telemarketers
* Tom Mabe - Cemetery Telemarketer Prank
* Tom Mabe Pranks Telemarketer With Fake Death Scene
* Silly Telemarketer

### Link Buttons

Directory of Unknown Callers

(800) 995-4532 / 8009954532

Copyright 800notes.com v10.0  Privacy Policy  Terms of Service

Also,I have reported this to the FCC. By the way, people, the only way to get any results with the FCC is if a large number of people who get these calls actually REPORT them instead of complaining about it. So if you're bothered by it, go to http://www.dnc.gov and report them!

Caller ID: Toll Free
Caller: Payless Shoes
Caller Type: Telemarketer

↩ Reply   !

---

**JimT - 29 Feb 2008**                                              Rating: +1 ⟨⟩

I just got a pre-recorded call from Payless shoes also. I called the 877 and they apologized and said they would remove my number immediately.

JimT

Caller ID: 800-995-4532
Caller: Payless Shoes
Caller Type: Telemarketer

↩ Reply   !

---

**No customer of yours! - 29 Feb 2008**                             Rating: +2 ⟨⟩

I keep calling 800-995-4532 leaving it off the hook until it hangs itself up. Then I redial doing it again again. It keeps repeating the same message over and over for 3 minutes, then hangs itself up, then I redial. .
Call me you F*ckers! that will teach you'
I NEVER EVER gave you my phone number, so how did you get it?
I demand to know! you must have got it some way illegally!
Stop calling me!

↩ Reply   !

---

**SW - 29 Feb 2008**                                                Rating: 0 ⟨⟩

Not only have they called my house phone in the last couple of days, leaving no message, they called my cell phone and did leave one. I have not shopped at PayLess Shoes for years (more than 5).
And just FYI the do not call list does not include research firms that call for surveys either. Please be polite when answering and just tell them you are not interested or give them a better time to call. Otherwise their computers and (live) operators continue to call. [Most firms get their numbers from the companies sponsoring the surveys and you opt in when you supply these companies with your telephone number (usually in fine print)ANY company you give your number to.] Some are important polls on political issues, some are fun, some long, some short, and they do get your view out there and make the polls more accurate.

Caller ID: unavailable
Caller: PayLess Shoes

↩ Reply   !

---

**sam - 29 Feb 2008**                                               Rating: 0 ⟨⟩

Didn't leave msg.

Caller ID: Unknown
Caller: Unknown

↩ Reply   !

---

**philly - 29 Feb 2008**                                            Rating: +1 ⟨⟩

...as suggested, I called payless cust srvc 877-474-6379, option 1 (for english) then option 6. Said I wanted to be removed from list, they "sincerely apologized" and said they will take me off immediately. I did not file a DNC complaint since we recently made a purchase from a store, and therefore theoretically had a "standing business relationsho" (https://www.donotcall.gov/faq/faqbusiness.aspx) Now that I have told them to not call me anymore, a dnc complaint will be filed if they call my number again.

Caller Type: Telemarketer

↩ Reply   !

---

**Jim - 29 Feb 2008**                                               Rating: +4 ⟨⟩

We do not have a relationship with Pay Less.  We are on the Do Not Call List  Received the spam call from "nikki" today.  Registered complaint with the Do Not Call web site

Caller: Pay Less

↩ Reply   !

---

**Mikey - 13 Mar 2008**                                             Rating: +2 ⟨⟩

I got this call 800-995-4532 Same one about the stupid shoe sale. What's the big deal .Just hang up Everyone hates to hear the phone ring  Call them back and blow a whistle in their ear. I like for telemarketers to call so you can screw with you. Can you take your number off the DNC list. I'm getting bored.

Caller ID: Unknown
Caller: Unknown
Caller Type: Telemarketer

↩ Reply   !

---

(800) 995-4532 / 8009954532

**Geoff - 1 May 2008**                                                     Rating: +2

Payless shoes.

We never did business with them before.   We are on federal and state do not calls   This was a violation of do-not-call regulations.

Don't use their opt out process.  Complain to the FTC.  Get these guys a nice big fat fine

*Caller ID: Unavailable*
*Caller: Pay Less Shoes*
*Caller Type: Telemarketer*

                                                                          Reply   !

**rptd - 13 May 2008**                                                    Rating: +2

yeah, never go through their opt out bull sh*t
which never works anyway, they will just keep calling
Just report them, report every single call until it stops.
get them in trouble. you don't have to go through their opt out bull.
just report them.

                                                                          Reply   !

**Alynn - 2 May 2008**                                                    Rating: +2

I know how this started. The local Payless store in Pleasanton CA told me upon my transaction my debt or visa card the sale would not be completed unless I entered my phone number..Is that legal to deny payment form when debt card is accepted?

*Caller Type: Telemarketer*

                                                                          Reply   !

**bs - 13 May 2008**                                                      Rating: +2

well, I would have told them the sale will NOT be completed then,
and walk out They are not the only store in town.

                                                                          Reply   !

**edwin j black - 3 May 2008**                                            Rating: 0

calls to tell about sales coming up

*Caller ID: toll free*
*Caller: payless shoe*
*Caller Type: Commercial*

                                                                          Reply   !

**Loretta - 3 May 2008**                                                  Rating: +1

Called in spite of do not call block

*Caller ID: 8009954532*

                                                                          Reply   !

**wweaver - 3 May 2008**                                                  Rating: +2

got a call from Pay less Shoes Friday evening at 6:05 pm
and we are on the national do not call list
number on the caller id is 800-995-4532 name "not provided"

                                                                          Reply   !

        3

Report a phone call from 1-800-995-4532.

    Your Name or Nickname

    Call Details

    Caller ID

    Caller Company

    Caller Type                        Unknown

    Validation Code

2008-11-09

(800) 995-4532 / 8009954532

Submit Report

*Thank you for your contribution! Oh… and please don't use offensive words.*

Other phone numbers in 1-800 area code

2008-11-09

(800) 995-4532 / 8009954532                                                   Page 1 of 3

## 800Notes (Directory of UNKNOWN Callers)

### 800-995-4532

Did you get a call from 800-995-4532? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

**Comments about 8009954532 number:**

**wveaver - 3 May 2008**                                              Rating: +1

got a call from Pay less Shoes Friday evening at 6:05 pm
and we are on the national do not call list
number on the caller id is 800-995-4532 name "not provided"

*Caller ID: not provided 800-995-4532*
*Caller: Pay Less Shoes*
*Caller Type: Telemarketer*

Reply   !

**wveaver - 3 May 2008**                                              Rating: +1

got a call from Pay less Shoes Friday evening at 6:05 pm
and we are on the national do not call list
number on the caller id is 800-995-4532 name "not provided"

*Caller ID: not provided 800-995-4532*
*Caller: Pay Less Shoes*
*Caller Type: Telemarketer*

Reply   !

**Lady V - 6 May 2008**                                               Rating: +2

I just tried that 877 number, apparently they have had so many complaints they have disconnected it.
Tried twice just to be sure I was dialing the correct number, both times got the "we're sorry your call can
not be completed as dialed" message. Have had three calls from Payless shoes. the only time they got
my phone number is off the check I used to pay for a pair of shoes four months ago, I did not give them
the number seperately. I did report the number to the NATIONAL DO NOT CALL registry and will do so
as many times as they call.

*Caller ID: Unknown*
*Caller: Payless Shoes??*
*Caller Type: Commercial*

Reply   !

**clp - 13 May 2008**                                                 Rating: +3

Problem may be, when you make a purchase at payless, they ask you for your phone number, but
instead of saying... No , people make up phone numbers  which is why many people who are not
payless customers are getting phone calls.

Reply   !

**Phone number for shoes? - 13 May 2008**                             Rating: +1

Personally, when asked for a phone number by a vendor, they must establish a need to know.  If they
continue to claim they need it, it is time to leave the merchandise at the register, and go shop
somewhere else.  Somehow, I can't see where the purchase of shoes would require a phone number

It is good to know they have such invasive practices  We won't be shopping at Pay Less.
Telemarketers, whether there is an established business relationship or not, should know that any
trespass into our personal space gets a permanent ban from ever receiving further business.

Reply   !

**VoIP Solutions @ pbxnsip**
Full featured PBX. Runs on Windows, Mac OS, Linux

**Sell Yours On Alibaba**
Sell VoIP to Millions of Buyers. NO FEES

**Quality Voice Services**
USA and International termination and origination Services, DID's

**ComFi Phone Cards**
Low Rates, High Quality Instant delivery  Great service

**ES - 2 Jul 2008**                                                   Rating: +1

Automated call. I have never shopped at Payless. I am on the Do Not Call list.

*Caller ID: Outside Caller*
*Caller Type: Telemarketer*

Reply   !

**reported it - 3 Jul 2008**                                          Rating: +1

**Site Menu**
- Homepage
- News
- Articles
- Videos
- Area Codes
- Contact Us

**Search Phone Number**
[                    ] [Search]

**Latest News**
- Several States Investigate Auto Warranty Sales Calls
- Do-not-spam List for Utah Kids
- Telemarketer Refuses to Make Controversial McCain Robo-Calls
- Canada's Telecommunications Regulator Considers Changes to Do-not-call List
- Wachovia Will Pay $200 Million to Settle Telemarketing Suits

**Latest Articles**
- 5 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry
- How To File a Complaint with FTC

**Latest Videos**
- Gavin's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetary Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

**Link Buttons**
Place Link Buttons on your blog and spread the word!
The more people participate the stronger our voice is!

Directory of UNKNOWN Callers

Phone Fraud...
Report it! Stop it!

(800) 995-4532 / 8009954532

Copyright 800notes.com 2006 - Privacy Policy - Terms of Service

These F*ckers are at it again! and I have NEVER shopped at their
damn store and NEVER will! I have no idea how they got my number.
Unless some stupid idiot stranger gave them a fake number
which happened to be mine.

🗨 Reply

---

**CV · 3 Jul 2008**                                                Rating: -3 👍 👎

JUST SO YOU KNOW, ASSOCIATES DO NOT GET ANYTHING MONEY FOR GETTING A PHONE
NUMBER. AND PAYLESS DOES NOT, I REPEAT DOES NOT SELL THE PHONE NUMBERS. AT ALL
STORES THEY HAVE A LITTLE PAPER ON THE GUIDELINES ABOUT IT. GO AND ASK FOR IT.
ALMOST ALL RETAIL STORES ASK FOR YOUR NUMBER, ITS FOR MARKETING PURPOSES.
COUPONS, SALES, ETC. IF YOU WERE SO WORRIED ABOUT YOUR NUMBER THAN WHY DID
YOU GIVE IT?? NO ONE MAKES YOU GIVE IT, IT IS NOT REQUIRED FOR CREDIT CARD
ANYTHING. IT IS DONE BEFORE THE TRANSACTION IS EVEN STARTED. SO THAT DOESNT
MAKE SENSE. YOU ALSO HAVE HAD TO SHOPPED THERE TO HAD GIVEN THE NUMBER.
ITS REALLY NOT A BIG DEAL. YOU CAN CALL YOUR LOCAL PAYLESS AND THEY CAN PUT YOUR
NUMBER IN AND MARK A BOX THAT SAYS DO NOT CALL. AND IT WILL STOP. NOT A BIG DEAL
PEOPLE REALLY NEED TO STOP BEING SO GROUCHY AND COMPLAINING ABOUT EVERYTHING
ALL THE TIME.

🗨 Reply

---

**Nic Brodeur · 3 Jul 2008**                                       Rating: +1 👍 👎

What's wrong with your Shift key?

🗨 Reply

---

**JP · 3 Jul 2008**                                                Rating: +1 👍 👎

Called today- 800-995-4532- no one there when I answered.
DO WHAT I DO WHEN ASKED FOR MY HOME NUMBER---I GIVE THEM THE LOCAL POLICE
DEPT'S NUMBER.

*Caller ID: TOLLFREE NUMBER*
*Caller Type: Telemarketer*

🗨 Reply

---

**Phil · 3 Jul 2008**                                              Rating: +1 👍 👎

Please call the Western District manager, Mr Spalletta (sp?) at 650-367-1131

*Caller ID: 1-800-995-4532*
*Caller solicitation was Payless Shoes????*

🗨 Reply

---

**Libertina · 3 Jul 2008**                                         Rating: 0 👍 👎

Yes, it was a recorded message from Payless about their BOGO offer. I called it back (like it was stated
here), pressed 2, and put my number on their DNC list.

I do agree, though, it seems like they are violating my state's DNC list since I have not been to a Payless
for a really long time and don't remember ever giving them my phone number.

Business everywhere is down so I guess these companies are doing what they can to increase business.

*Caller ID: Out of Area*
*Caller: Payless Shoes*
*Caller Type: Telemarketer*

🗨 Reply

---

**rs · 4 Jul 2008**                                                Rating: +1 👍 👎

caller shows as "800 Service" and if this is a true solicitation we are on a no call list and never asked to
be called! They will be reported to the MO Attorney General!

*Caller ID: 800 Service*

🗨 Reply

---

**concerned · 30 Aug 2008**                                        Rating: 0 👍 👎

As a worker at a Payless Shoesource Store, I will say that when we ask for a phone number, you do have
the right to refuse. If we are given a number, you are freely giving your information out to our company.
We do not sell your number, as you all have stated, it has only been payless calling you. If you number
was not given out by you, call any local store, and give them your phone number and asked to have all
your boxes checked, which include a co not call list, and do not ask for information list. If you do decide to
give it out, then you are just a moron

🗨 Reply

---

**Conean is Pissed Off · 23 Oct 2008**                             Rating: 0 👍 👎

Got a call today, do not remember a name from the recording but none the less it was about some stupid
savings thing ending on Monday the 27 of Oct 2008. I was given a number 866-384-1594 to call and all
it does is give me a fast busy signal. I do not shop at their store's either, cannot stand them and sure do
not like them now for sure. I did not get any number from the caller ID, it was Out of Area so they have
found a way to call without actually getting caught. Give out a fake number, out of area calls you basicly
cannot do anything, you have no proof it was them

(800) 995-4532 / 8009954532                                    Page 3 of 3

I personally think these people that do this mess should be shot. Nothing but a bunch of drop outs that do not have an education do this the most. Finish school and get a real job and Payless you need to try something else because I am going to go into your stores and mess up your products with a pocket knife, damaged shoes will not sell.

*Caller: Payless Shoes*
*Caller Type: Telemarketer*
                                                                    Reply

1  2  3  4

**Report a phone call from 1-800-995-4532.**

   **Your Name or Nickname**

                    Your name or nickname should be able to appear at the top of your post

   **Call Details**

   **Caller ID** (if you have it)

                    Enter your Caller ID

   **Caller Company** (if you know)

                    The name of the company that called you.

   **Caller Type** (if you know)     Unknown

   **Validation Code**

                    Type the characters you see in the picture.

                    [ Submit Report ]

*Thank you for your contribution! Oh    and please don't use offensive words.*

                              Other phone numbers in 1-800 area code

# EXHIBIT C

1 | Douglas A. Linde (SBN 217584)(dal@lindelaw.net)
Erica L. Allen (SBN 217584)(ela@lindelaw.net)
2 | THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
3 | Los Angeles, CA 90069
Tel: (310) 203-9333; Fax: (310) 203-9233
4 |
Attorneys for Plaintiff
5 | JESSICA R. CLARK

**FILED**
LOS ANGELES SUPERIOR COURT

NOV 12 2008

JOHN A CLARKE, CLERK
BY MARY GARCIA, DEPUTY

6

7

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                 FOR THE COUNTY OF LOS ANGELES

11                                                    BC401695

JESSICA R. CLARK, individually and on behalf     Case No.
12 | of all others similarly situated,

13 |              Plaintiff,                        **CLASS ACTION**

14 | v.                                             COMPLAINT FOR DAMAGES

15 | PAYLESS SHOESOURCE, INC.; and DOES 1          1.     Violations of the Civil Code § 1747.08
through 100 inclusive,
16                                                 DEMAND FOR JURY TRIAL

17 |              Defendants.

18

19

20

21         Plaintiff, by and through the attorneys of record herein, brings this action, individually, and

22 on behalf of all others similarly situated, and alleges the following upon personal knowledge, or

23 where there is not personal knowledge, upon information and belief:

24

25 I.    **INTRODUCTION**

26

27 1.    California Civil Code section 1747.08 states in pertinent part:

28

1    (a) Except as provided in subdivision (c), no person, firm, partnership, association, or

2    corporation which accepts credit cards for the transaction of business shall do either of the

3    following:

4

5        "(2) Request, or require as a condition to accepting the credit card as payment in full

6        or in part for goods or services, the cardholder to provide personal identification

7        information, which the person, firm, partnership, association, or corporation accepting

8        the credit card writes, causes to be written, or otherwise records upon the credit card

9        transaction form or otherwise.

10

11        (b) For purposes of this section, 'personal identification information,' means information

12        concerning the cardholder, other than information set forth on the credit card, and including,

13        but not limited to, the cardholder's address and telephone number."

14

15    2.    As set forth more fully below, Defendant PAYLESS SHOESHOURCE, INC. ("PAYLESS"),

16    who operates multiple retail stores throughout California, is engaging in a pattern of unlawful

17    business practices by requesting and recording personal identification information from customers

18    using credit cards at the point-of-sale.

19

20    **II.**    **JURISDICTION AND VENUE**

21

22    3.    This Court has personal jurisdiction over PAYLESS, because it committed many of the wrongs

23    complained of herein within California, it has several physical facilities in California, does extensive

24    business in California, has sufficient minimum contacts with California, and otherwise intentionally

25    avails itself of the markets in California through the promotion, marketing, sale, and distribution of

26    goods and services in California to render the exercise of jurisdiction by the California courts

27    permissible under traditional notions of fair play and substantial justice.

28

THE LINDE LAW FIRM

11/10/2008   18:04  3102039233                                      50736 P.0107017

1    4.    Venue is proper in this Court pursuant to California Code of Civil Procedure §§ 395 and

2    395.5. Defendants conduct regular business in this County, and many of the acts giving rise to the

3    violations complained of herein occurred and had their primary effect in this County.

4

5    5.    This is a class action case and the aggregate amount of the claims exceed the jurisdictional

6    minimum of this Court.

7

8    **III.   PARTIES TO THE ACTION**

9

10   6.    At all times relative to this Complaint, Plaintiff JESSICA R. CLARK resided in Los Angeles,

11   California. Plaintiff is a credit card holder who on or about November 3, 2008, was requested and/or

12   required to provide their personal identification information in the course of a credit card transaction

13   at PAYLESS' retail store.

14

15   7.    Defendant, PAYLESS is a Missouri corporation, with its principal place of business in the

16   State of Kansas at 3231 S.E. Sixth Street, Topeka, KS 66607. PAYLESS conducts business in Los

17   Angeles, California and throughout California.

18

19   8.    The true names and capacities of any defendants designated herein as DOES 1 through 100,

20   inclusive, whether an individual, a business, a public entity, or otherwise, are presently unknown to

21   Plaintiff, who therefore sues said defendants by such fictitious names, pursuant to Code of Civil

22   Procedure Section 474. Plaintiffs are informed and believe and on such information and belief

23   allege that each Doe defendant is responsible in some manner for the events alleged herein, and

24   plaintiffs will amend the complaint to state the true names and capacities of said defendants when

25   the same have been ascertained.

26

27   9.    At all times mentioned in this Complaint, Defendants and each of them were the agents,

28   employees, joint venturer, and or partners of each other and were acting within the course and scope

3

CLASS ACTION COMPLAINT FOR DAMAGES

1   of such agency, employment, joint venturer and or partnership relationship and or each of the

2   Defendants ratified and or authorized the conduct of each of the other Defendants.

3

4   **IV.      FACTS COMMON TO ALL CAUSES OF ACTION**

5

6   10.     The Song-Beverly Credit Card Act of 1971 appearing at California Civil Code § 1747, at

7   seq., provides in pertinent part, as follows:

8

9        No person, firm, partnership, association, or corporation that accepts credit cards for the

10       transaction of business shall do any of the following:

11

12           (2) Request, or require as a condition to accepting the credit card as payment hi full or

13           in part for goods or services, the cardholder to provide personal identification

14           information, which the person, firm, partnership, association, or corporation accepting

15           the credit card writes, causes to be written, or otherwise records upon the credit card

16           transaction form or otherwise.

17

18       For purposes of this statute, the term "personal identification information" refers to

19       Information concerning the cardholder, other than information set forth on the credit card and

20       including, but not limited to, the cardholder's address and telephone number."

21

22   11.     Plaintiff visited a store owned and/or operated by PAYLESS and made a purchase by credit

23   card. At the time of purchase, pursuant to Defendant's policy, Defendant's employee requested

24   personal identification information from Plaintiff without informing Plaintiff of the consequences if

25   Plaintiff did not provide their personal identification information. Plaintiff, believing they were

26   required to provide their personal identification information to complete the credit card transaction,

27   provided said information.

28

12.     Defendant's employee then recorded Plaintiff's personal identification information into the same electronic cash register that previously recorded Plaintiff's credit card number.

## V.    CLASS ACTION ALLEGATIONS

13.     Plaintiff brings this lawsuit as a class action pursuant to California Code of Civil Procedure § 382 and Civil Code § 1781 on behalf of the class of similarly situated consumers.

14.     The class which Plaintiff seeks to represent is defined as: All California consumers from whom Defendant requested and recorded personal identification information in conjunction with a credit card transaction (the "CLASS"). Excluded from the CLASS are Defendants and their directors, officers and employees, and any judge or justice assigned to hear any aspect of this litigation, and any spouse of such judge or justice.

15.     Numerosity (Cal. Code Civ. Proc. § 382; Cal. Civ. Code § 1781(b)(1). The CLASS is so numerous that joinder of them all in one action would be impractical. The members of the Class are so numerous that joinder of all members is impracticable. The disposition of their claims through this class action will benefit both the parties and this Court. While the exact number of Class members is unknown to Plaintiff at this time, such information can be ascertained through appropriate discovery, from records maintained by Defendant and its agents.

16.     Typicality (Cal. Civ. Code § 1781(b)(3): The claim of Plaintiff is typical of the claim of the Members of the Class. Like the Class Members, was requested and/or required to provide personal information during a credit card transaction, was exposed to virtually identical conduct and is entitled to civil penalties in amounts of up to one thousand dollars ($1,000) per violation pursuant to California Civil Code section 1747.08(e).

17.    Common Questions of Fact and Law (Cal. Code Civ. Proc. § 382; Cal. Civ. Code § 1781(b)(2): There is a well-defined community of interest in the questions of law and fact affecting the members of the CLASS and Defendants.  Among the questions of law and fact common to the class are:

    a.    whether each Class member engaged in a credit card transaction with Defendant;

    b.    whether Defendant requested the cardholder to provide personal identification information and recorded the personal identification of the cardholder, during credit card transactions with Class members; and

    c.    whether Defendant's conduct of requesting the cardholder to provide personal identification information during credit card transactions and recording the personal identification Information of the cardholder constitutes violations of California Civil Code section 1747.08.

18.    Adequacy of Representation (Cal. Civ. Code § 1781(b)(4):  Plaintiff is an adequate representative of the CLASS because their interests do not conflict with the interests of the members of the CLASS Plaintiff seeks to represent.  Plaintiff will fairly, adequately, and vigorously represent and protect the interests of the CLASS and has no interests antagonistic to the CLASS. Plaintiff has retained counsel who are competent and experienced in the prosecution of class action litigation.

19.    Superiority (Cal. Code Civ. Proc. § 382):  A class action is superior to other available means for the fair and efficient adjudication of the claims of the CLASS.  A class action is superior to other available methods for the fair and efficient adjudication of this controversy because joinder of all members of the CLASS is impracticable, the likelihood of individual CLASS members prosecuting separate claims is remote and individual CLASS members do not have a significant interest in individually controlling the prosecution of separate actions. As a result, the expense and burden of individual litigation makes it economically infeasible and procedurally impracticable for each member of the CLASS to individually seek redress for the wrongs done to them.  The likelihood of individual CLASS members prosecuting separate claims is remote.  Individualized litigation would

6

1    also present the potential for varying, inconsistent or contradictory judgments, and would increase

2    the delay and expense to all parties and the court system resulting from multiple trials of the same

3    factual issues. In contrast, the conduct of this matter as a class action presents fewer management

4    difficulties, conserves the resources of the parties and the court system, and would protect the rights

5    of each member of the CLASS. Plaintiff knows of no difficulty to be encountered in the

6    management of this action that would preclude its maintenance as a class action.

7

8                              **FIRST CAUSE OF ACTION**

9                          (Violation of Cal. Civil Code §1747.08)

10                      (As Against Defendants And Does 1 – 100)

11

12    20.    Plaintiff realleges and incorporates all of the allegations contained in this Complaint as

13    though fully set forth herein.

14

15    21.  As set forth hereinabove, California Civil Code § 1747.08 expressly prohibits PAYLESS and

16    DOES 1 through 100, from (1) requesting the cardholder to provide personal identification

17    information in connection with a credit card transaction, and recording said information in

18    conjunction with a credit card transaction. Despite these prohibitions, PAYLESS and DOES 1

19    through 100 violate these provisions of Civil Code § 1747.08(a), in its normal business practices.

20

21    22.    Defendant, and DOES 1 through 100, accept credit cards for the transaction of business.

22

23    23.    During credit card transactions entered into at Defendant's (and DOES 1 through 100) stores

24    on each and every day during the one-year period preceding the filing of this class action Complaint,

25    Defendant and DOES 1 through 100 maintained a policy whereby its cashiers both requested and

26    recorded personal information from customers using credit cards at the point-of-sale in Defendant's

27    (and DOES 1 through 100) retail establishments.

28

---

11/10/2008   18:08  3102039233                THE LINDE LAW FIRM                    #0736 P.015/017

24.   It is and was the routine business practice of Defendant and DOES 1 through 100 to engage in the conduct described in this cause of action with respect to every person who, while using a credit card, purchases any product from any of Defendant's (and DOES 1 through 100) stores in the State of California

25.   Plaintiff is a cardholder who is/was aggrieved by the business practices of PAYLESS herein alleged. In accordance with section 1747.08(e), Plaintiff seeks all civil penalties authorized by California law on behalf of himself and all other cardholders similarly affected by the conduct of Defendant and DOES 1 through 100.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for:

1.   An order certifying the CLASS, and appointing Plaintiff as the representative of the CLASS, and appointing the law firm representing Plaintiff as counsel for the CLASS;

2.   For preliminary and permanent injunctive relief barring Defendant from utilizing a policy whereby Defendant's cashiers request and/or record personal information from customers using credit cards at the point-of-sale in Defendant's retail establishments;

3.   For an order awarding Plaintiff and each member of the Class the civil penalty to which he or she is entitled under California Civil Code section 1747.08(e);

4.   For distribution of any monies recovered on behalf of the Class of similarly situated consumers or the general public where necessary to prevent Defendant from retaining the benefits of its wrongful conduct;

5.   For an award of attorneys' fees as authorized by statute including, but not limited to, the provisions of California Code of Civil Procedure Section 1021.5, and as authored under the "common fund" doctrine, and as authorized by the Substantial benefit" doctrine

6.   For payment of costs of suit herein incurred;

8

1   7.   For pre-judgment interest at the legal rate;

2   8.   For such other and further relief as the Court may deem proper.

3

4

5   Dated: November 10, 2008                    THE LINDE LAW FIRM

6                                               By:

7                                               Douglas A. Linde
                                                Erica L. Allen
8                                               Attorneys for Plaintiff
                                                JESSICA R. CLARK
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all claims so triable.

Dated: November 10, 2008

THE LINDE LAW FIRM

By: _____

Douglas A. Linde
Erica L. Allen
Attorneys for Plaintiff
JESSICA R. CLARK

CLASS ACTION COMPLAINT FOR DAMAGES